**ARROYO v. SCOTTIE'S PROFESSIONAL WINDOW CLEANING**

[343 N.C. 118 (1996)]

SANTOS ARROYO v. SCOTTIE'S PROFESSIONAL WINDOW CLEANING

No. 403PA95

(Filed 4 April 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 120 N.C. App. 154, 461 S.E.2d 13 (1995), reversing an order entered by Hudson, J., on 10 June 1994 in Superior Court, Wake County. Heard in the Supreme Court 12 March 1996.

*Law Offices of Thomas J. White, III, by Thomas J. White, III, and John M. McCabe, for plaintiff-appellee.*

*Cranfill, Sumner & Hartzog, L.L.P., by David H. Batten and David K. Liggett, for defendant-appellant.*

*Patterson, Harkavy & Lawrence, by Burton Craige and Donnell Van Noppen III, on behalf of North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.